IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02657-DME-CBS

BURST COMMUNICATIONS, INC., a Colorado Corporation,

    Plaintiff,

v.

STATMON TECHNOLOGIES, CORP., a Nevada Corporation,

    Defendant.

---

**ORDER**

---

THIS MATTER COMES BEFORE the Court on the parties' Joint Motion and Stipulation for Dismissal With Prejudice. The Court has considered this subject motion and believes itself fully advised.

IT IS ORDERED THAT the joint motion of the parties is granted and it is further ordered that this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), each party to pay their own costs and attorneys' fees.

DATED this 17th day of July, 2008.

                              BY THE COURT:

                              *s/ David M. Ebel*
                              _____
                              David M. Ebel
                              United States Circuit Judge